[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-12449

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

RUDOLPH V. ORANGE,
a.k.a. Big,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia
D.C. Docket No. 5:11-cr-00007-LGW-BWC-1

2                    Opinion of the Court                    24-12449

_____

Before NEWSOM, LAGOA, and BRASHER, Circuit Judges.

PER CURIAM:

In October 2012, Rudolph V. Orange was sentenced to 324 months' imprisonment and 5 years' supervised release. In May 2024, he filed a motion for sentence reduction. In July 2024, the district court denied that motion. Orange appealed. After briefing, Orange was granted executive clemency and released from his term of imprisonment, starting his term of supervised release.

A jurisdictional question asked the parties to address whether this appeal is now moot. The government responded, arguing that it is. Orange did not respond. Upon review of the record, we conclude that the appeal is moot.

Orange did not challenge his conviction or term of supervised release in his motion for sentence reduction. He similarly did not challenge his conviction or supervised release in his appellate brief. Nor did he identify an ongoing collateral consequence traceable to his term of imprisonment in response to the jurisdictional question. As a result, this appeal relates only to a term of imprisonment from which Orange has been released, meaning it is moot. *See United States v. Juvenile Male*, 564 U.S. 932, 937 (2011); *United States v. Stevens*, 997 F.3d 1307, 1310 n.1 (11th Cir. 2021).

Accordingly, this appeal is DISMISSED for lack of jurisdiction. All pending motions are DENIED as moot.